# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL SWANSON,

    Petitioner,

v.

CAROL HOLINKA, Warden,
Federal Correctional Institution,
Oxford, Wisconsin,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-556-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the petition of Michael Swanson for a writ of habeas corpus under 28 U.S.C. § 2241 is dismissed.

_Peter Oppeneer_      5/2/11
Peter Oppeneer, Clerk of Court      Date