**UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

# ORDER

Submitted May 4, 2011
Decided May 6, 2011

*Before*

DIANE P. WOOD, *Circuit Judge*

TERENCE T. EVANS, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| No.: 11-2027 | IN RE: <br> MICHAEL SWANSON, <br> Petitioner |
|---|---|
| **Petition for Writ of Mandamus** ||
| District Court No: 3:10-cv-00556-wmc <br> District Judge William M. Conley ||

The following is before the court: **PETITION FOR WRIT OF MANDAMUS,** filed on May 4, 2011, by the pro se petitioner.

The petition for writ of mandamus is **DISMISSED** as unnecessary in light of the district court's April 27, 2011, ruling on the petition for habeas corpus. To the extent that petitioner sought additional relief beyond compelling a ruling on his petition for habeas corpus, the petition for writ of mandamus is **DENIED**.

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: c7_Order_3J(form ID: **177**)