IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL SWANSON,

    Petitioner,                               JUDGMENT IN A CIVIL CASE

v.                                           Case No. 10-cv-556-wmc

ROBERT WERLINGER, Warden,
Federal Correctional Institution - Oxford,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition filed by Michael Swanson for a writ of habeas corpus under 28 U.S.C. § 2241.

| /s/ | 1/17/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |