IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL SWANSON,

          Petitioner,

v.

ROBERT WERLINGER, Warden,
Federal Correctional Institution -- Oxford,

          Respondent.

ORDER

10-cv-556-wmc

Michael Swanson filed a petition for a federal writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging the enhanced sentence he received under the career-offender guideline, U.S.S.G. § 4B1.1, in *United States v. Swanson*, 00-cr-30018 (C.D. Ill. May 13, 2002). On January 17, 2014, this court dismissed that petition for lack of jurisdiction, finding in the alternative that Swanson failed to demonstrate that his sentence was improperly enhanced.

Swanson has now filed a motion for reconsideration under Fed. R. Civ. P. 59(e). To prevail on a motion under Rule 59(e), the moving party must identify an error of law that merits reconsideration of the judgment. *See Obriecht v. Raemisch*, 517 F.3d 489, 494 (7th Cir. 2008); *Sigsworth v. City of Aurora, Ill.*, 487 F.3d 506, 511-12 (7th Cir. 2007). Swanson does not show that the dismissal order was entered in error or that he is entitled to relief from the judgment. Accordingly,

IT IS ORDERED that Swanson's motion for reconsideration (dkt. #63) is DENIED.

Entered this 31st day of January, 2014.

          BY THE COURT:

          /s/

          _____
          WILLIAM M. CONLEY
          District Judge