United States District Court for
The Western District of Wisconsin

DOC NO
REC'D/FILED
2014 FEB 11 AM 10: 24
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Michael Swanson / Petitioner

v.          Case No: 10-cv-556-wmc

Robert Werlinger / Respondent

## Notice of Appeal

Notice is hereby given that Michael Swanson (Petitioner) in the above captioned matter hereby appeals the Order[s] of the United States District Court for the Western District of Wisconsin from the dismissing of Petitioners §2241 entered in this action on the 17th day of January 2014, and from every part thereof and from intermediate order entered therein.

Respectfully Submitting

Date: February 7th 2014      Michael Swanson #17517-076

Certificate of Service

I Michael Swanson, do hereby certify under the penalty of purjury, that I sent a true and correct copy of the foregoing Notice of Appeal to the Clerk of the Western District of Wisconsin 120" Henry St. Rm. 320 Madison, WI. 53703, first class postage paid on this 7th day of February 2014.

Michael Swanson #17517-076
P.O. Box 2099
Pollock, LA. 71467