IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL SWANSON,

                Petitioner,

     v.

ROBERT WERLINGER, Warden,
Federal Correctional Institution – Oxford,

                Respondent.

ORDER

10-cv-556-wmc
App. No. 14-1297

On January 17, 2014, the court dismissed the habeas corpus petition filed by federal prisoner Michael Swanson pursuant to 28 U.S.C. § 2241.  Swanson has now filed a notice of appeal from that order and he requests leave to proceed *in forma pauperis*. (Dkt. # 66).  The court cannot consider this motion, however, because it lacks supporting documentation regarding his eligibility for indigent status.  *See* 28 U.S.C. § 1915(a)(2).  For his appeal to proceed, Swanson must either pay the $505 appellate docketing fee within twenty days or submit a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of his appeal.

ORDER

IT IS ORDERED that, within **twenty (20) days**, petitioner Michael Swanson shall either (1) pay the $505.00 appellate docketing fee; or (2) submit a certified copy of his inmate trust fund account statement, in compliance with 28 U.S.C. § 1915(a)(2).  Failure to comply as directed may result in the dismissal of his appeal without further notice.

Entered this 24th day of February, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge